# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 5:14-mJ-18-CHW |
| | : |
| v. | : Violation: 18 U.S.C. §§ 7, 13 i/c/w O.C.G.A. § |
| | : 40-6-391(a)(1) & O.C.G.A. § 40-6-391(a)(5) |
| DONALD SMITH | : |
| | : |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

### (DRIVING UNDER THE INFLUENCE)

That on or about January 6, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **DONALD SMITH**, did unlawfully operate a motor vehicle by driving while under the influence of alcohol to the extent that he was a less safe driver in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO

### (DRIVING UNDER THE INFLUENCE OF ALCOHOL OVER 0.08 PERCENT)

That on or about January 6, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **DONALD SMITH**, did unlawfully operate a motor vehicle by driving while under the influence of alcohol, and did drive and have said motor vehicle under his actual control while there was at least 0.08 percent by weight of alcohol in his blood, all in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____

VINCENT D. ROMANO
New York Bar Registration Number B10069329
New Jersey Bar Number 042462011
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551