IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THE MACON DIVISION
CASE NO.: 5:14-MJ-18(CHW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : |
| DONALD SMITH, | : |
| Defendant. | : |

ENTRY OF APPEARANCE

Submitted by:

Ann Parman
Attorney for Appellant
GA Bar No:564360
743 Walnut Street, Suite 201
Macon, GA 31201
(478) 742-4054

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THE MACON DIVISION

UNITED STATES OF AMERICA,      :

V.                              :   CASE NO.:5:14-MJ-18(CHW)

DONALD SMITH,                   :

### ENTRY OF APPEARANCE

**PLEASE NOTE** the entry of appearance of Ann Parman as counsel and attorney of record for the Defendant, Donald Smith.

This 7th day of March, 2014.

/s/Ann Parrman
ANN PARMAN
Georgia Bar No.:564360

743 Walnut Street
Suite 201
Macon, GA 31201
(478) 742-4054

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served the parties indicated below with a copy of this pleading by depositing same in the United States mail in a properly addressed envelope with adequate postage affixed thereon, or by hand delivery or by electronic filing.

    Vincent D. Romano

    Special Assistant U.S. Attorney

    United States Attorney's Office

    Middle District of Georgia

    215 Page Road, Suite 186

    Robins AFB, Georgia 31098