filed at _____ 10:13 A ____ M
3/13 , 20 14
C. Runford
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA        :        CRIMINAL NO. 5:14-MJ-00018-CHW
                                :
v                               :
                                :
DONALD SMITH                    :        Violation: 18 USC § 7.13 1/c/w
                                :                   OCGA § 40-6-391(a)(1)
                                         → O.C.G.A § 40-6-391 (a)(5)

PLEA

I, DONALD SMITH _____, having been advised of my

Constitutional rights, and having had the charges herein stated

to me, plead Not Guilty, this 13th day of MARCH

, 2013.

X _____
    DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

_____
Vince Romano
ASSISTANT UNITED STATES ATTORNEY