957A-M

Filed at _____
7/21 20 14
_Munford_
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO.: 5:14-MJ-00018-CHW |
| v. | : | Violation: 18 USC §§ 7, 13 1/c/w §§ 40-6-39(a)(1), O.C.G.A. § 40-6-391(a)(5) |
| DONALD SMITH | : | |

### PLEA

I, DONALD SMITH, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead GUILTY, this 21ST day of JULY, 2014.

_____
DEFENDANT

_____
COUNSEL FOR THE DEFENDANT

_____
Vincent Romano
ASSISTANT UNITED STATES ATTORNEY